

O. ILIANA KONIDARIS, ESQ.*

*MANAGING LEGAL COUNSEL, NEW YORK CITY*

305 BROADWAY, SEVENTH FLOOR
NEW YORK, NEW YORK 10007

P: (347) 504-0220
F: (231) 252-8100
IKONIDARIS@TFNLGROUP.COM

**THE**
**FIERBERG**
NATIONAL LAW GROUP

WWW.TFNLGROUP.COM
*ADMITTED IN NEW YORK ONLY.
NOT LICENSED IN MICHIGAN.*

December 12, 2025

*via ECF*
Honorable Margaret M. Garnett
United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *Doe v. The Juilliard School*; Case No. 1:25-cv-08435-MMG

Dear Judge Garnett,

We represent Jane Doe in the above-referenced matter. In accordance with your Honor's Individual Rules & Practices regarding adjournments, we respectfully request to adjourn the Pretrial Conference currently scheduled for February 18, 2026, as I will be traveling that week and unable to attend.

No previous adjournments or extensions of time have been requested for the parties' Pretrial Conference. The parties have met and conferred and are available on the following dates, through March 13, 2026:

- Tuesday, February 24, 2026;
- Thursday, February 26, 2026;
- Tuesday, March 3, 2026
- Wednesday, March 4, 2026;
- Thursday, March 12, 2026
- Friday, March 13, 2026

GRANTED.  The Initial Pretrial Conference previously scheduled for February 18, 2026 is ADJOURNED to **Wednesday, March 4, 2026, at 9:30 a.m.**  The required pre-conference submissions (*see* Dkt. No. 8) are due by **February 25, 2026**.

SO ORDERED.  Dated December 15, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

OIK/elk
cc: All Counsel via ECF